DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WESTON ARMS US INC.,** and **ALFRED FELICIANO,**
Appellants,

v.

**SHEAR AND ZACCO, LLP,**
Appellee.

No. 4D2023-0340

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. CACE22-006699.

Alexis Fields and David L. Ferguson of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellants.

Jeffrey A. Rynor and Karen E. Berger of International Law Partners, LLP, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***